

The information on this page is NOT an official record. Do not rely on the correctness or completeness of this information. Verify all information with the official record keeper. The information contained in this report is provided in compliance with the Oklahoma Open Records Act, 51 O.S. 24A.1. Use of this information is governed by this act, as well as other applicable state and federal laws.

## IN THE DISTRICT COURT IN AND FOR <u>OKLAHOMA COUNTY</u>, OKLAHOMA

| | |
|---|---|
| Kenneth Turoczi, AND Tyene Turoczi, HUSBAND AND WIFE<br>      Plaintiff,<br>v.<br>The Travelers Companies, Inc, AKA TRAVELERS, A FOREIGN INSURANCE COMPANY<br>      Defendant. | No. CJ-2022-6227<br>(Civil relief more than $10,000: OTHER <..DESCRIPTION OF ACTION..>)<br><br>Filed: 12/21/2022<br><br><br>Judge: Timmons, Aletia Haynes |

## PARTIES

The Travelers Companies, Inc, Defendant
Turoczi,  Kenneth, Plaintiff
Turoczi,  Tyene, Plaintiff

## ATTORNEYS

| Attorney | Represented Parties |
|---|---|
| GARDENHIRE,  GARY  W. (Bar #3235)<br>1005 FOUNTAIN GATE CIRCLE<br>NORMAN, OK 73072 | Turoczi,   Kenneth<br>Turoczi,   Tyene |

## EVENTS

None

## ISSUES

For cases filed before 1/1/2000, ancillary issues may not appear except in the docket.

| Issue # 1. | Issue: OTHER <..DESCRIPTION OF ACTION..> (OTHER)<br>Filed By: Turoczi, Kenneth<br>Filed Date: 12/21/2022 |
|---|---|
| | **Party Name**          **Disposition Information**<br>                                          Pending. |

**Notice of Removal**

**Exhibit 1**

# DOCKET

| Date | Code | Description | Count | Amount |
|---|---|---|---|---|
| 12-21-2022 | [ TEXT ] | CIVIL RELIEF MORE THAN $10,000 INITIAL FILING. | # 1 | |
| 12-21-2022 | [ OTHER ] | OTHER <..DESCRIPTION OF ACTION..> | | |
| 12-21-2022 | [ DMFE ] | DISPUTE MEDIATION FEE | | $ 7.00 |
| 12-21-2022 | [ PFE1 ] | PETITION | | $ 163.00 |
| 12-21-2022 | [ PFE7 ] | LAW LIBRARY FEE | | $ 6.00 |
| 12-21-2022 | [ OCISR ] | OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND | | $ 25.00 |
| 12-21-2022 | [ OCJC ] | OKLAHOMA COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND | | $ 1.55 |
| 12-21-2022 | [ OCASA ] | OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES | | $ 5.00 |
| 12-21-2022 | [ SSFCHSCPC ] | SHERIFF'S SERVICE FEE FOR COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | | $ 10.00 |
| 12-21-2022 | [ CCADMINCSF ] | COURT CLERK ADMINISTRATIVE FEE ON COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | | $ 1.00 |
| 12-21-2022 | [ CCADMIN0155 ] | COURT CLERK ADMINISTRATIVE FEE ON $1.55 COLLECTION | | $ 0.16 |
| 12-21-2022 | [ SJFIS ] | STATE JUDICIAL REVOLVING FUND - INTERPRETER AND TRANSLATOR SERVICES | | $ 0.45 |
| 12-21-2022 | [ DCADMIN155 ] | DISTRICT COURT ADMINISTRATIVE FEE ON $1.55 COLLECTIONS | | $ 0.23 |
| 12-21-2022 | [ DCADMIN05 ] | DISTRICT COURT ADMINISTRATIVE FEE ON $5 COLLECTIONS | | $ 0.75 |
| 12-21-2022 | [ DCADMINCSF ] | DISTRICT COURT ADMINISTRATIVE FEE ON COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | | $ 1.50 |
| 12-21-2022 | [ CCRMPF ] | COURT CLERK'S RECORDS MANAGEMENT AND PRESERVATION FEE | | $ 10.00 |
| 12-21-2022 | [ CCADMIN04 ] | COURT CLERK ADMINISTRATIVE FEE ON COLLECTIONS | | $ 0.50 |

| | | |
|---|---|---|
| 12-21-2022 [ LTF ] | LENGTHY TRIAL FUND | $ 10.00 |
| 12-21-2022 [ P ] | PETITION<br>Document Available (#1054093258)  TIFF   PDF | |
| 12-21-2022 [ TEXT ] | OCIS HAS AUTOMATICALLY ASSIGNED JUDGE TIMMONS, ALETIA HAYNES TO THIS CASE. | |
| 12-21-2022 [ ACCOUNT ] | RECEIPT # 2022-5321777 ON 12/21/2022.<br>PAYOR: GARY GARDENHIRE TOTAL AMOUNT PAID: $ 242.14.<br>LINE ITEMS:<br>CJ-2022-6227: $163.00 ON AC01 CLERK FEES.<br>CJ-2022-6227: $6.00 ON AC23 LAW LIBRARY FEE CIVIL AND CRIMINAL.<br>CJ-2022-6227: $1.66 ON AC31 COURT CLERK REVOLVING FUND.<br>CJ-2022-6227: $5.00 ON AC58 OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES.<br>CJ-2022-6227: $1.55 ON AC59 COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND.<br>CJ-2022-6227: $7.00 ON AC64 DISPUTE MEDIATION FEES CIVIL ONLY.<br>CJ-2022-6227: $0.45 ON AC65 STATE JUDICIAL REVOLVING FUND, INTERPRETER SVCS.<br>CJ-2022-6227: $2.48 ON AC67 DISTRICT COURT REVOLVING FUND.<br>CJ-2022-6227: $25.00 ON AC79 OCIS REVOLVING FUND.<br>CJ-2022-6227: $10.00 ON AC81 LENGTHY TRIAL FUND.<br>CJ-2022-6227: $10.00 ON AC88 SHERIFF'S SERVICE FEE FOR COURT HOUSE SECURITY.<br>CJ-2022-6227: $10.00 ON AC89 COURT CLERK'S RECORDS MANAGEMENT AND PRESERVATION FEE. | |
| 01-05-2023 [ SMF ] | SUMMONS FEE | $ 10.00 |
| 01-05-2023 [ ACCOUNT ] | RECEIPT # 2023-5328190 ON 01/05/2023.<br>PAYOR: GARY GARDENHIRE TOTAL AMOUNT PAID: $ 10.00.<br>LINE ITEMS:<br>CJ-2022-6227: $10.00 ON AC01 CLERK FEES. | |