

6362780.1

**Notice of Removal**

**Exhibit 3**