IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

KENNETH TUROCZI and TYRENE TUROCZI, )
)
Plaintiffs, )
)
vs. ) Case No. CIV-23-95-SLP
)
THE TRAVELERS COMPANIES, INC., )
)
Defendant. )

## RECUSAL ORDER

Pursuant to 28 U.S.C. § 455, I recuse from the above-referenced case and direct the Clerk of the Court to place this case number in the random draw for reassignment to another judge of this court.

IT IS SO ORDERED this 28th day of February, 2023.

_____
SCOTT L. PALK
UNITED STATES DISTRICT JUDGE