IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

Date: March 20, 2023

| | |
|---|---|
| KENNETH TUROCZI and TYRENE TUROCZI,<br><br>      Plaintiffs,<br><br>v.<br><br>THE TRAVELERS COMPANIES, INC., also known as Travelers,<br><br>      Defendant. | Case No. CIV-23-00095-JD |

**ENTER ORDER:**

Plaintiffs' First Motion for Leave to Amend Complaint [Doc. No. 12] is **STRICKEN** for the following reasons, and the Court **ORDERS** Plaintiffs to correct these issues and promptly file an amended motion within 24 hours:

1. The proposed amended complaint is not attached, but must be attached to comply with LCvR15.1;
2. Plaintiffs' counsel has not entered an appearance. The entry of appearance form is located on the Court's website.[1]

ENTERED AT THE DIRECTION OF THE HONORABLE JODI W. DISHMAN.

CARMELITA REEDER SHINN, CLERK

By: /s/ *Nyssa Vasquez*
Deputy Clerk

---

[1] https://www.okwd.uscourts.gov/wp-content/uploads/ao458_attorney_a.pdf