

EXHIBIT TT'S 3 Amended Comp. 6 numbered doc.

EXHIBIT 3 No 1