Case 5:23-cv-00095-JD   Document 14-3   Filed 03/20/23   Page 1 of 1




EXHIBIT π's 3
Amended Comp.
1 numbered doc.