

EXHIBIT 1
Page 2