**TRAVELERS**

Asah Watts
General Adjuster
Personal Insurance
Property Major Case Unit
P.O. Box 430
Buffalo, NY 14202
405.431.7482 TEL
866.381.6247 FAX

EXHIBIT π's 2 (2 pages) Amended Complaint

February 8, 2019

Kenneth and Tyrene Turoczi
11701 Silvermoon Dr.
Oklahoma City, OK 73162-2224

and

Kenneth and Tyrene Turoczi
Southwest Cathedral
3440 S.W. 25th Street
Oklahoma City, OK 73108-5025

Dear Mr. and Mrs. Turoczi:

Travelers is continuing to work as quickly as possible to resolve your remaining claims as a result of the fire. However, attempts to communicate with you by text, phone and in person have not been as productive as they could be. Further, your preferred communication (text messaging) has not been helpful in continuing to move this claim forward.

You have mentioned on several occasions that you have retained legal counsel and we have asked on several occasions for the name of your counsel so we could correspond with that person. As I advised you by phone today and given the issues we are having between one another with respect to your personal property claims, we have retained Sarah Timberlake with Doerner, Saunders, Daniel & Anderson, L.L.P. to represent Travelers going forward on this claim. We believe it will be in the best interest of all to schedule a date and time for you and your counsel to meet with a representative of Travelers and Ms. Timberlake at your attorney's office or her office. During this meeting, we can address the current status of your claim including payments issued to date and hopefully reach an agreement on how to resolve the remaining claims under your policy. We would request that both you and your husband be present at this meeting and will certainly work with you and your attorney to arrange a mutually convenient time. Please have your attorney contact Ms. Timberlake at 405-898-8651.

You indicated in recent messages that you requested a copy of the certified policy but had not received one. My records show that I contacted you on or about January 8, 2019 advising a copy of the policy could be hand delivered to you at whatever location you wish. The policy was mailed to your home address on January 9, 2019 and I also delivered a copy to the church at the same place a $10,000 advance had been delivered. We subsequently learned Mr. Turoczi had