possession of the policy on or about January 9, 2019. We previously sent you a Proof of Loss and inventory sheets.

For your convenience, I am again sending a certified copy of the policy. I am also enclosing the most recent estimate of your loss which reflects any adjustments per the HO-420 Endorsement.

Sincerely,

*Asah Watts*

Asah Watts
TRAVELERS COMMERCIAL INSURANCE COMPANY

4919564.1