

EXHIBIT 3 No. 5