

**Oklahoma County consists of:** 720 Square miles with more than 320,000 parcels representing 21% of the State's assessed value  [Read more]

**Tax Exemptions can save you money!** Homestead, Additional Homestead, Senior Freeze, 100%DAV  **See if you qualify**  [Read more]

DID YOU KNOW?



**Larry Stein** Oklahoma County Assessor **(405) 713-1200** - Public Access System

| Home |  Contact Us | Guest Book | Map Search | New Search |
|---|---|---|---|---|

**Real Property Display - Screen Produced** 4/3/2023 1:45:34 PM

| Account: R129331540 | Type: Residential | bing maps | Location: | 11701 SILVERMOON DR |
|---|---|---|---|---|
| Building Name/Occupant: | | [Map Parcel] | | OKLAHOMA CITY |
| Owner Name 1: | LEGACY INVESTMENT HOLDINGS LLC | | 1/4 section #: | 3876 |
| Owner Name 2: | | | Parent Acct: | |
| Owner Name 3: | | | Tax District: | [TXD 222] |
| Billing Address: | 6011 N ROBINSON AVE | | School System: | Piedmont #22 |
| City, State, Zip | OKLAHOMA CITY, OK 73118 | | Land Size: | 0.17 Acres |
| Country: *(If noted)* | | | Lot Dimensions: | Width 75 Depth 98 |
| [Personal Property] | | Land Value: 44,100 | [Treasurer:] | [Click to View Taxes] |
| Sect 19-T13N-R4W Qtr NW | WILLOW BEND SEC 2 Block 012 Lot 011 | | [Subdivision Sales] | |

**Full Legal Description:** WILLOW BEND SEC 2 012 011

| Photo & Sketch (if available) | Comp Sales Address/Date/Price (ordered by relevancy) | [Report Coming Soon] |
|---|---|---|
|  | No comparable sales returned. | |

**Value History** (*The County Treasurer 405-713-1300 posts & collects actual tax amounts. Contact information HERE)

| Year | Market Value | Taxable Mkt Value | Gross Assessed | Exemption | Net Assessed | Millage | Est. Tax | Tax Savings |
|---|---|---|---|---|---|---|---|---|
| 2023 | 59,015 | 56,797 | 6,247 | 0 | 6,247 | 130.79 | $817 | $32 |
| 2022 | 59,015 | 54,093 | 5,949 | 0 | 5,949 | 130.79 | $778 | $71 |
| 2021 | 51,518 | 51,518 | 5,666 | 0 | 5,666 | 133.81 | $758 | $0 |
| 2020 | 51,518 | 51,518 | 5,666 | 1,000 | 4,666 | 136.68 | $638 | $137 |
| 2019 | 51,518 | 51,518 | 5,666 | 1,000 | 4,666 | 131.35 | $613 | $131 |

[ -- ] [ -- ] [ > ] [ >| ] [1/5]

**Property Account Status/Adjustments/Exemptions**

| Account # | Grant Year | Exemption Description | Amount |
|---|---|---|---|
| R129331540 | 2022 | 5% Capped Account | 0 |

**Property Deed Transaction History** (Recorded in the County Clerk's Office)

| Date | Type | Book | Page | Price | Grantor | Grantee |
|---|---|---|---|---|---|---|
| 6/5/2020 | [>] | Deeds | 14382 | 1655 | 100,000 | TUROCZI TYRENE | LEGACY INVESTMENT HOLDINGS LLC |
| 6/29/1999 | [>] | Deeds | 7627 | 1381 | 160,000 | DURAN HOMES LLC | TUROCZI TYRENE |
| 12/14/1998 | [>] | Historical | 7475 | 910 | 10,000 | WILLOW INVESTORS LLC | DURAN HOMES LLC |
| 6/7/1996 | [>] | Historical | 6904 | 1724 | 15,642 | ROMART INC | WILLOW INVESTORS LLC |
| 3/6/1996 | [>] | Historical | 6862 | 1091 | 0 | COLONY WEST INVESTMENTS INC | ROMART INC |

**Exhibit 2**

Property Deed Transaction History   (Recorded in the County Clerk's Office)

| Date | Type | Book | Page | Price | Grantor | Grantee |
|------|------|------|------|-------|---------|---------|
| -- | -- | > | >| | | | |

[1/2]

Last Mailed Notice of Value (N.O.V.) Information/History

| Year | Date | Market Value | Taxable Market Value | Gross Assessed | Exemption | Net Assessed |
|------|------|--------------|----------------------|----------------|-----------|--------------|
| 2023 | 02/14/2023 | 59,015 | 56,797 | 6,247 | 0 | 6,247 |
| 2022 | 03/15/2022 | 59,015 | 54,093 | 5,949 | 0 | 5,949 |
| 2018 | 04/16/2018 | 243,500 | 243,500 | 26,785 | 1,000 | 25,785 |
| 2017 | 03/17/2017 | 247,000 | 239,278 | 26,320 | | |
| 2016 | 03/11/2016 | 236,500 | 232,310 | 25,553 | 1,000 | 24,553 |

| -- | -- | > | >| |
|----|----|---|----|

[1/2]

Property Building Permit History

| Issued | Permit # | Provided by | Bldg # | Description | Est Construction Cost | Status |
|--------|----------|-------------|--------|-------------|-----------------------|--------|
| 1/31/2019 | | | 1 | Fire Remodel | | Active |
| 12/31/2018 | | | 1 | Burn - Trip | 285,000 | Inactive |
| 8/27/1999 | 10225237 | OKLAHOMA CITY | 1 | Other | 2,600 | Inactive |
| 12/4/1998 | 10225236 | OKLAHOMA CITY | 1 | Main Dwellin | 140,000 | Inactive |

Click button on building number to access detailed information:

| | Bldg # | Vacant/Improved Land | Bldg Description | Year Built | SqFt | # Stories |
|--|--------|----------------------|------------------|------------|------|-----------|
| Click | 1 | Improved | Salvage | 1999 | 2,983 | 2 Stories |

# WARRANTY DEED

### Statutory Form Individual

Deed presented for filing by: Oklahoma City Abstract & Title Co.
File No.: 2004616
American Security Title Insurance Company

2020061901088307o
DEED 06/19/2020
02:31:14 PM Book:14382
Page:1655 PageCount:1
Filing Fee:$18.00
Doc. Tax:$150.00
State of Oklahoma
County of Oklahoma
Oklahoma County Clerk
David B. Hooten



### *Know All Men by These Presents:*

THAT, Tyrene Turoczi and Kenneth G Turoczi, parties of the first part, in consideration of the sum of TEN and No/100 ($10.00) and other valuable considerations in hand paid, the receipt of which is hereby acknowledged, does hereby Grant, Bargain, Sell and convey unto Legacy Investment Holdings LLC, party of the second part, the following described real property and premises situate in Oklahoma County, State of Oklahoma, to wit:

Lot Eleven (11), Block Twelve (12), WILLOW BEND SECTION 2, Oklahoma County, Oklahoma, according to the recorded plat thereof.

**TAX ID No.: 129331540**

Grantee's Mailing Address: 5601 NW 72nd St Ste 234, OKC, OK 73132

together with all the improvements thereon and the appurtenances thereunto belonging, and warrant the title to the same.

**TO HAVE AND TO HOLD** said described premises unto the said party of the second part, its heirs and assigns forever, free, clear and discharged of and from all former grants, charges, taxes, judgments, mortgages and other liens and encumbrances of whatsoever nature. SUBJECT to existing zoning, easements, right-of-ways and restrictive covenants of record.

Signed and Delivered this 5th day of June, 2020

_____
Tyrene Turoczi

_____
Kenneth G Turoczi

---

2004616
Doc Stamps $* 150.00
INDIVIDUAL ACKNOWLEDGMENT

State of Oklahoma
County of Oklahoma

Before me, the undersigned, a Notary Public in and for said County and State on this 5th day of June, 2020, personally appeared, Tyrene Turoczi and Kenneth G Turoczi, husband and wife, to me known to be the identical person(s) who executed the within and foregoing instrument and acknowledged to me that same was executed as the free and voluntary act and deed of of said person(s) for the uses and purposes therein set forth.

Given under my hand and seal the day and year last above written.

_____
Connie Calaway
Commission Expires:

CONNIE CALAWAY
NOTARY
# 02010320
EXP. 06/17/22
PUBLIC
STATE OF OKLA

Oklahoma City Abstract & Title Co.
9211 Lake Hefner Parkway, Suite 100
Oklahoma City, OK 73120