IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KENNETH TUROCZI and TYRENE TUROCZI, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) Case No. CIV-23-00095-JD |
| THE TRAVELERS COMPANIES, INC., also known as Travelers, | ) ) ) ) |
| Defendant. | ) ) |

## ORDER

Before the Court is Plaintiffs' Motion for Extension of Time to Reply to Defendant's Objection and Response in Opposition to Plaintiffs' Second Motion to File Amended Complaint ("Motion"). [Doc. No. 20]. The Motion seeks to extend the deadline for Plaintiffs to file a reply to Defendant's Objection and Response in Opposition to Plaintiffs' Second Motion for Leave to File Amended Complaint [Doc. No. 18] by four (4) days, or until April 14, 2023. For the reasons discussed in the Motion and for good cause shown, the Court **GRANTS** the Motion.

Plaintiffs' deadline to reply to Defendant's Objection and Response in Opposition to Plaintiffs' Second Motion for Leave to File Amended Complaint [Doc. No. 18] is **EXTENDED** to **April 14, 2023**.

IT IS SO ORDERED this 10th day of April 2023.

_____
JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE