IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KENNETH TUROCZI and TYRENE TUROCZI, <br><br> Plaintiffs, <br><br> v. <br><br> THE TRAVELERS COMPANIES, INC., also known as Travelers, <br><br> Defendant. | Case No. CIV-23-00095-JD |

## ORDER

Defendant removed Plaintiffs' state-court petition and then promptly filed a motion to dismiss. [Doc. No. 5]. Plaintiffs later sought to amend their state-court petition now that they are in federal district court. [Doc. No. 17]. Defendant objects to the amendment.

Federal Rule of Civil Procedure 81(c)(2) allows the Court to order repleading after removal. Upon review of the procedural posture of this action, and pursuant to Rule 81(c)(2), the Court **ORDERS** Plaintiffs to file their amended complaint within 7 days of this Order. Upon filing of the amended complaint, the Court will terminate the pending motions [Doc. No. 5 and 17] as moot and without prejudice to Defendant filing a new motion to dismiss to urge its arguments for dismissal of the amended complaint in whole or in part.

IT IS SO ORDERED this 17th day of April 2023.

JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE