IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KENNETH TUROCZI and TYRENE TUROCZI,<br><br>    Plaintiffs,<br><br>v.<br><br>TRAVELERS COMMERCIAL INSURANCE COMPANY,<br><br>    Defendant. | Case No. CIV-23-00095-JD |

## ORDER

Plaintiffs timely filed an Amended Complaint [Doc. No. 24] in compliance with this Court's order in this removed action under Federal Rule of Civil Procedure 81(c)(2) [Doc. No. 23]. Plaintiffs' amended complaint "supersedes the original and renders it of no legal effect." *Davis v. TXO Prod. Corp.*, 929 F.2d 1515, 1517 (10th Cir. 1991); *see Predator Int'l, Inc. v. Gamo Outdoor USA, Inc.*, 793 F.3d 1177, 1180–81 (10th Cir. 2015); *Mink v. Suthers*, 482 F.3d 1244, 1254 (10th Cir. 2007).

Consequently, the Court terminates the pending motions [Doc. Nos. 5, 17] as moot and without prejudice. *See* [Doc. No. 23].

IT IS SO ORDERED this 24th day of April 2023.

_____
JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE