


**DID YOU KNOW?** Public schools receive more than **71%** of your property tax dollar? Read more

**Larry Stein** Oklahoma County Assessor **(405) 713-1200** - Public Access System

| Home | Contact Us | Guest Book | Map Search | New Search |
|---|---|---|---|---|

**Real Property Display - Screen Produced   5/8/2023 11:03:45 AM**

| Account: R129331540 | Type: Residential | bing maps | Location: | 11701 SILVERMOON DR |
|---|---|---|---|---|
| Building Name/Occupant: | | | Map Parcel | OKLAHOMA CITY |
| Owner Name 1: | LEGACY INVESTMENT HOLDINGS LLC | | 1/4 section #: | 3876 |
| Owner Name 2: | | | Parent Acct: | |
| Owner Name 3: | | | Tax District: | TXD 222 |
| Billing Address: | 6011 N ROBINSON AVE | | School System: | Piedmont #22 |
| City, State, Zip | OKLAHOMA CITY, OK  73118 | | Land Size: | 0.17  Acres |
| Country: (If noted) | | | | |

| Personal Property | Land Value: 44,100 | Treasurer: | Click to View Taxes |
|---|---|---|---|
| Sect 19-T13N-R4W Qtr NW | WILLOW BEND SEC 2   Block 012  Lot 011 | Subdivision Sales | |

**Full Legal Description:**  WILLOW BEND SEC 2 012 011

| Photo & Sketch (if available) | Comp Sales Address/Date/Price (ordered by relevancy) | Report Coming Soon |
|---|---|---|

No comparable sales returned.

**Value History  (\*The County Treasurer 405-713-1300 posts & collects actual tax amounts.  Contact information HERE)**

| Year | Market Value | Taxable Mkt Value | Gross Assessed | Exemption | Net Assessed | Millage | Est. Tax | Tax Savings |
|---|---|---|---|---|---|---|---|---|
| 2023 | 59,015 | 56,797 | 6,247 | 0 | 6,247 | 130.79 | $817 | $32 |
| 2022 | 59,015 | 54,093 | 5,949 | 0 | 5,949 | 130.79 | $778 | $71 |
| 2021 | 51,518 | 51,518 | 5,666 | 0 | 5,666 | 133.81 | $758 | $0 |
| 2020 | 51,518 | 51,518 | 5,666 | 1,000 | 4,666 | 136.68 | $638 | $137 |
| 2019 | 51,518 | 51,518 | 5,666 | 1,000 | 4,666 | 131.35 | $613 | $131 |

| -- | -- | > | >| | [1/5] |
|---|---|---|---|---|

**Property Account Status/Adjustments/Exemptions**

| Account # | Grant Year | Exemption Description | Amount |
|---|---|---|---|
| R129331540 | 2022 | 5% Capped Account | 0 |

**Property Deed Transaction History   (Recorded in the County Clerk's Office)**

| Date | | Type | Book | Page | Price | Grantor | Grantee |
|---|---|---|---|---|---|---|---|
| 6/5/2020 | > | Deeds | 14382 | 1655 | 100,000 | TUROCZI TYRENE | LEGACY INVESTMENT HOLDINGS LLC |
| 6/29/1999 | > | Deeds | 7627 | 1381 | 160,000 | DURAN HOMES LLC | TUROCZI TYRENE |
| 12/14/1998 | > | Historical | 7475 | 910 | 10,000 | WILLOW INVESTORS LLC | DURAN HOMES LLC |
| 6/7/1996 | > | Historical | 6904 | 1724 | 15,642 | ROMART INC | WILLOW INVESTORS LLC |
| 3/6/1996 | > | Historical | 6862 | 1091 | 0 | COLONY WEST INVESTMENTS INC | ROMART INC |

| -- | -- | > | >| | [1/2] |
|---|---|---|---|---|

**Last Mailed Notice of Value (N.O.V.) Information/History**

| Year | Date | Market Value | Taxable Market Value | Gross Assessed | Exemption | Net Assessed |
|---|---|---|---|---|---|---|
| 2023 | 02/14/2023 | 59,015 | 56,797 | 6,247 | 0 | 6,247 |
| 2022 | 03/15/2022 | 59,015 | 54,093 | 5,949 | 0 | 5,949 |

| | | Last Mailed Notice of Value (N.O.V.) Information/History | | | | |
|---|---|---|---|---|---|---|
| **Year** | **Date** | **Market Value** | **Taxable Market Value** | **Gross Assessed** | **Exemption** | **Net Assessed** |
| 2018 | 04/16/2018 | 243,500 | 243,500 | 26,785 | 1,000 | 25,785 |
| 2017 | 03/17/2017 | 247,000 | 239,278 | 26,320 | | |
| 2016 | 03/11/2016 | 236,500 | 232,310 | 25,553 | 1,000 | 24,553 |

| -- | -- | > | >| | [1/2] |
|---|---|---|---|---|

| | | Property Building Permit History | | | | |
|---|---|---|---|---|---|---|
| **Issued** | **Permit #** | **Provided by** | **Bldg #** | **Description** | **Est Construction Cost** | **Status** |
| 1/31/2019 | | | 1 | Fire Remodel | | Active |
| 12/31/2018 | 10225237 | | 1 | Burn - Trip | 285,000 | Inactive |
| 8/27/1999 | 10225237 | OKLAHOMA CITY | 1 | Other | 2,600 | Inactive |
| 12/4/1998 | 10225236 | OKLAHOMA CITY | 1 | Main Dwellin | 140,000 | Inactive |

| | | Click button on building number to access detailed information: | | | | |
|---|---|---|---|---|---|---|
| | **Bldg #** | **Vacant/Improved Land** | **Bldg Description** | **Year Built** | **SqFt** | **# Stories** |
| Click | 1 | Improved | Salvage | 1999 | 2,983 | 2 Stories |