| Received | Feb 5, 2019 11:46:53 AM | When you are available please call me to discuss or give me your attorneys number I can call him if easier or have him contact me. |
| Sent | Feb 5, 2019 8:36:33 AM | I'm getting scans done can't call but you can text .Did you find out what they paid to do inventory? Just want to make sure you don't send any checks yet we need the 5 percent taken from the amount after the 25 percent was add I have called about demo and to remove house pool ext and debri removal don't even come close to cover it so is there more coverage to remove this house and pool? I talk to the lawyer and he said you should have included the mold estimate because you want to do an estimate to put the house back like it's before the fire and I've been waiting over a month for this estimate it should have been included |
| Received | Feb 4, 2019 12:45:04 PM | I just called and left you a voicemail to contact me to discuss. |
| Sent | Feb 2, 2019 8:17:55 AM | We are not at go on this until I talk to you about both the 5 percent being done off wrong amount so don't make any checks |
| Sent | Feb 2, 2019 8:16:34 AM | Bill for cremation of mine and my family busting animals |
| Sent | Feb 2, 2019 8:13:45 AM | With the plaques the total came out to 1375.00. But you already paid 200. So 1175.00 is the final bill. But don't worry about it too much. |
| Sent | Feb 1, 2019 6:35:24 PM | Please text me tommorw |
| Sent | Feb 1, 2019 5:41:37 PM | I need to talk to you about this 5 percent |
| Sent | Feb 1, 2019 5:04:15 PM | Please don't send any checks until this is explained to me |
| Sent | Feb 1, | Hey I took this to my lawyer and he said the five percent for debri |

EXHIBIT

1

| | 12:07:46 PM | |
|---|---|---|
| Sent | Apr 18, 2019 12:06:11 PM | My grandson does not live with me his mother has full custody and she wants his things paid for my that is 32 did not live in my house i want them paid |
| Sent | Apr 18, 2019 12:04:26 PM | This guy has still not paid my visting family content and has not called me at all can you handle this because he is useless |
| Sent | Apr 12, 2019 4:37:09 PM | Yes the mold is going to be gone he said ..we still have not received the property money for the family I have tried not to bug him but i havent heard anything |
| Received | Apr 12, 2019 2:27:55 PM | There are two liability claims do you know which one your daughter is referring to? I can check on it. |
| Received | Apr 12, 2019 2:26:05 PM | The mold should be gone with the demolition of the home. I can speak with your contractor regarding any code upgrade. I can also speak with him if he has mold concerns. |
| Sent | Apr 12, 2019 12:36:15 PM | Also the claim guy still hasn't called my daughter inlaw is up here in the city meeting with an attorney |
| Sent Mr.¹ | Apr 12, 2019 12:35:19 PM | I need to talk to someone about the mold and upgrades will you be handling it ? |
| Sent | Mar 28, 2019 1:56:07 PM | Just let me know |
| Sent | Mar 28, 2019 1:55:13 PM | Sorry 73160 |
| Sent | Mar 28, 2019 1:54:59 PM | I talk to the mailman and he didnt know there was a mailbox it wont be a problem or you can send it to her dads 936 nw 10th moore okla 73162 |

EXHIBIT

2









EXHIBIT

3 No.4

This text document is messages between Plaintiff Tyrene ("Sent") and Mr. Watts ("Received") from June 24 through July 9, 2019 regarding a copy of the claims file and the manner of transporting it (by mail to the Church) rather than e-mail. Dates at the bottom are the older and going upward traces the later text exchanges between them.

| | | |
|---|---|---|
| Sent<br><br>*Mrs Turoczi* | Jul 9, 2019 9:24:09 AM | I need you to mail my complete file to the church I have sent in notarized request from my family and content sheets and nothing has been done I have sent in mold report and reciept for code upgrades nothing has been done I have requested the moneh for deri removal still nothing I guess I will take my 6 foot banner and sit outside travelers in okc until I get help |
| Received<br>*Mr. Watts* | Jun 25, 2019 11:30:19 AM | punkphillyokc@gmail.com |
| Received<br>*(MR Watts)* | Jun 25, 2019 11:28:18 AM | Hello Mrs. Turoczi, I apologize I have been out of the office. Do you want me to email your requested information to the email address we have listed for you? |
| Sent | Jun 25, 2019 11:00:36 AM | Why wont anyone help me with this lousy company? |
| Sent | Jun 25, 2019 10:53:59 AM | I need your lawyers number |
| Sent | Jun 25, 2019 10:53:46 AM | I have ask for months for my family to be paid and my deri to be paid . |
| Sent | Jun 25, 2019 10:53:02 AM | I need a copy of my complete file |
| Sent | Jun 24, 2019 11:23:26 AM | Please text me back |
| Sent | Jun 24, 2019 | Will you please text me back . |

EXHIBIT
4



EXHIBIT

5

| Received<br>Mr. Watts | May 21,<br>2019<br>12:56:23<br>PM | No bother, please have your contractor contact me to discuss the demolition of the home and why it will not be removed during that process. Once I speak with them we can determine if any coverage would apply. If there is any need for coverage and it applies. There is a $5000 limit. |
| --- | --- | --- |
| Sent<br>Plaintiff<br>Tyrene | May 20,<br>2019<br>10:07:38<br>AM | Sorry to bug you but I need to know coverages for mold I have a mold inspection company coming out today. |





## Mold Remediation Protocol Report

Project:

11701 Silvermoon Dr.
OKC, OK 73162

Project requested by: Tyrene Trovoczi
Project testing conducted on: June 25th, 2019

Inspection and protocol conducted and prepared by:

**Luke Hibbs**
Oklahoma Certified
CRMI Residential Mold Inspector
CCMI Commercial Mold Inspector
CMR Mold Remediator
Asbestos Inspector
NAMRI Member

Office (405) 285-9100  Cell (405) 204-5756
Email Luke@themoldconsultant.com Website www.themoldconstultant.com



## Project Summary

The mold inspection performed for client was a non-intrusive examination designed to identify suspect areas and conditions of the above-referenced primary building as it existed at the time of the inspection. Suspect conditions are those conditions defined by the Indoor Environmental Standards Organization (IESO) inspection standards having potential for mold contamination. The International Institute of Inspection, Cleaning and Restoration (IICRC) guidelines S520 are used to determine the appropriate condition of the building materials on site and the remediation strategy. The inspection was limited to those areas that were visually and physically accessible. The inspection was not a risk assessment, physical inspection of systems, structure, or components of the primary building and its primary parking structure being inspected, as it relates to their serviceability. The inspection was performed in accordance with the Standards of Practice of the IESO and the IICRC in effect at the time of this inspection. This inspection is not intended to be technically exhaustive. The inspector has prepared this written report for the sole use and benefit of the client. The report shall identify, report, and make recommendation for future evaluation. Client agrees to read the entire report when received and shall promptly call the inspector with questions or concerns regarding the report.

**Area(s) of Inspection:**
Garage, master bedroom, living room, upstairs

**Air Quality Sample Information and Results:**

4 tape samples were collected
- -1 garage
- -1 master bedroom
- -1 living room
- -1 upstairs

Please refer to the lab results submitted in the email along with this report for the specific spore types and levels. Tape sample results can be found in the attachment T001.

**Visual Inspection Findings:**

Upon inspection, visible microbial growth was found on the upstairs flooring and 70% of the framing and plates.  Please refer to specific protocol below.

humidity below 60% until satisfactory Post-remediation Testing results are obtained and materials are put back.

EXHIBIT

6   No. 3

## REMEDIATION

The affected areas should be contained in negative pressure enclosures in accordance with S520 Standard and the details provided in the recommended protocol. All sources of water and moisture which caused the problem must be eliminated before proceeding any further. Dehumidifiers must be installed to keep relative humidity below 60% until satisfactory Post-remediation Testing results are obtained and materials are put back.

## REMEDIATION AREAS

Inspect and remediate all walls, floors, cabinets, ceilings, etc, showing evidence of water intrusion. This would include those areas with known leaks, water stains, water damage, or resultant mold growth. If additional evidence of water intrusion is found, continue removal 3 feet (ft) beyond the end of the evidence, in accordance with S520 Standard for the expanded areas. The following areas require remediation (removal) at this time. Further, the remediation personnel doing the application must be wearing the proper personal protective equipment. Furthermore, when the ozone is applied, the levels in the air must be below OSHA's Permissible Exposure Limits (PEL) of 0.1 parts per million (ppm) on an 8 hour Time Weighted Average (TWA) basis. Finally, the room must be thoroughly ventilated before it is occupied again.

Note: If any additional affected areas or building materials are discovered during the work above, discuss these with the Owner and The Mold Consultant, LLC.

## ACTION BY STATE AND FEDERAL AGENCIES

There are no mandated actions specific to molds and indoor air quality required by any state or federal agencies. The U.S. EPA Indoor Air Quality website states, "Standards or Threshold Limit Values (TLVs) for airborne concentrations of mold, or mold spores, have not been set. Currently, there are no EPA regulations or standards for airborne mold contaminants."

The final mold interpretation should not be based solely on numbers. Information gathered from the walk-through investigation of the area is very significant, including sources of moisture or high humidity, and signs of visible mold growth.

In air samples, it is important to consider the type and concentration of fungi indoors, as compared to outdoors or a non-complaint area. One should consider the indoor: outdoor fungal count ratio, the presence/absence of certain fungi indoors versus outdoors, the genus/species of predominant fungi indoors versus outdoors, and whether the fungi detected indoors are allergenic and/or toxigenic.



AEML, Inc.

## Detection Summary

**Client:**   Luke D. Hibbs
The Mold Consultant, LLC
2709 Century Dr.
Edmond, OK 73013
(405) 285-9100

**AEML Batch:** 219356

**Project/Site:**   Tyrene Trvocci 11701 Silvermoon ORC, OK

| Lab Sample ID | Client Sample ID | Spore Type | Count/cm² |
|---|---|---|---|
| 219356-01 | Garage | Chaetomium | 86,240 |
|  |  | Hyphal Fragments | 23,100 |
| 219356-02 | Master Bedroom | Aspergillus/Penicillium-Like | 1,155,000 |
|  |  | Stachybotrys | 53,900 |
|  |  | Hyphal Fragments | 882 |
| 219356-03 | Living Room | Chaetomium | 539,000 |
|  |  | Hyphal Fragments | 30,800 |
| 219356-04 | Upstairs | Chaetomium | 92 |
|  |  | Hyphal Fragments | 35,420 |

Page 5 of 16



Picture 6

EXHIBIT
6  NO. 5



Picture 4

EXHIBIT

6 NO 6

Page 6 of 13



Picture 5

EXHIBIT
6  NO.7



Picture 1

EXHIBIT
6 NO. 8

Page 3 of 13

EXHIBIT
7

Roca Engineering, Inc.
3200 N W 38" Street
Oklahoma City, Oklahoma 73112
Phone: 405-684-8920

Civil and Geotechnical Engineering Specialists
Construction Materials Engineering and Testing
www.gwsquared.com
Fax:405-684-8920

## MEMORANDUM 001

June 07, 2019

Tyrene and Shad Turoczi
14825 SE 119
Oklahoma City, Ok 74857

Attn:   Mrs. Tyrene

From:   Victor H. Pozadas, P.E.
        Roca Engineering, Inc.

Re.:    Burned House Inspection
        11700 Silvermoon Drive
        Oklahoma City, Oklahoma



On April 20" 2019, the house located at 11700 Silvermoon drive, in Oklahoma City was inspected.  The burned House was visually inspected for structural integrity. The main house structure can be repair, except the roof and the back room.  The roof must be replaced and back room one story shall be replace completely.

We recommend the following:

- Clean up floor and remove all burned debris
- Safety plan to replace wood member shall be address by an engineer
- Have new layout plans and repair plans layout and elevation
- All the repairs shall be per IRC 2009 design by a P.E.

Thank you for being one of our valued costumer.