| | | |
|---|---|---|
| Received | Feb 5, 2019 11:46:53 AM | When you are available please call me to discuss or give me your attorneys number I can call him if easier or have him contact me. |
| Sent | Feb 5, 2019 8:36:33 AM | I'm getting scans done can't call but you can text .Did you find out what they paid to do inventory? Just want to make sure you don't send any checks yet we need the 5 percent taken from the amount after the 25 percent was add I have called about demo and to remove house pool ext and debri removal don't even come close to cover it so is there more coverage to remove this house and pool? I talk to the lawyer and he said you should have included the mold estimate because you want to do an estimate to put the house back like it's before the fire and I've been waiting over a month for this estimate it should have been included |
| Received | Feb 4, 2019 12:45:04 PM | I just called and left you a voicemail to contact me to discuss. |
| Sent | Feb 2, 2019 8:17:55 AM | We are not at go on this until I talk to you about both the 5 percent being done off wrong amount so don't make any checks |
| Sent | Feb 2, 2019 8:16:34 AM | Bill for cremation of mine and my family busting animals |
| Sent | Feb 2, 2019 8:13:45 AM | With the plaques the total came out to 1375.00. But you already paid 200. So 1175.00 is the final bill. But don't worry about it too much. |
| Sent | Feb 1, 2019 6:35:24 PM | Please text me tommorw |
| Sent | Feb 1, 2019 5:41:37 PM | I need to talk to you about this 5 percent |
| Sent | Feb 1, 2019 5:04:15 PM | Please don't send any checks until this is explained to me |
| Sent | Feb 1, | Hey I took this to my lawyer and he said the five percent for debri |

EXHIBIT 1