| | | |
|---|---|---|
| | 12:07:46 PM | |
| Sent | Apr 18, 2019 12:06:11 PM | My grandson does not live with me his mother has full custody and she wants his things paid for my that is 32 did not live in my house i want them paid |
| Sent | Apr 18, 2019 12:04:26 PM | This guy has still not paid my visting family content and has not called me at all can you handle this because he is useless |
| Sent | Apr 12, 2019 4:37:09 PM | Yes the mold is going to be gone he said ..we still have not received the property money for the family I have tried not to bug him but i havent heard anything |
| Received | Apr 12, 2019 2:27:55 PM | There are two liability claims do you know which one your daughter is referring to? I can check on it. |
| Received | Apr 12, 2019 2:26:05 PM | The mold should be gone with the demolition of the home. I can speak with your contractor regarding any code upgrade. I can also speak with him if he has mold concerns. |
| Sent | Apr 12, 2019 12:36:15 PM | Also the claim guy still hasn't called my daughter inlaw is up here in the city meeting with an attorney |
| Sent Mr. | Apr 12, 2019 12:35:19 PM | I need to talk to someone about the mold and upgrades will you be handling it ? |
| Sent | Mar 28, 2019 1:56:07 PM | Just let me know |
| Sent | Mar 28, 2019 1:55:13 PM | Sorry 73160 |
| Sent | Mar 28, 2019 1:54:59 PM | I talk to the mailman and he didnt know there was a mailbox it wont be a problem or you can send it to her dads 936 nw 10th moore okla 73162 |

EXHIBIT 2