EXHIBIT 3 NO.






