This text document is messages between Plaintiff Tyrene ("Sent") and Mr. Watts ("Received") from June 24 through July 9, 2019 regarding a copy of the claims file and the manner of transporting it (by mail to the Church) rather than e-mail. Dates at the bottom are the older and going upward traces the later text exchanges between them.

| | | |
|---|---|---|
| Sent *Mrs Turoczi* | Jul 9, 2019 9:24:09 AM | I need you to mail my complete file to the church . I have sent in notarized request from my family and content sheets and nothing has been done I have sent in mold report and reciept for code upgrades nothing has been done I have requested the moneh for deri removal still nothing I guess I will take my 6 foot banner and sit outside travelers in okc until I get help |
| Received *Mr. Watts* | Jun 25, 2019 11:30:19 AM | punkphillyokc@gmail.com |
| Received *Mr Watts* | Jun 25, 2019 11:28:18 AM | Hello Mrs. Turoczi, I apologize I have been out of the office. Do you want me to email your requested information to the email address we have listed for you? |
| Sent | Jun 25, 2019 11:00:36 AM | Why wont anyone help me with this lousy company? |
| Sent | Jun 25, 2019 10:53:59 AM | I need your lawyers number |
| Sent | Jun 25, 2019 10:53:46 AM | I have ask for months for my family to be paid and my deri to be paid . |
| Sent | Jun 25, 2019 10:53:02 AM | I need a copy of my complete file |
| Sent | Jun 24, 2019 11:23:26 AM | Please text me back |
| Sent | Jun 24, 2019 | Will you please text me back . |

EXHIBIT 4