

EXHIBIT 5

| | | | |
|---|---|---|---|
| Received *Mr. Watts* | May 21, 2019 12:56:23 PM | No bother, please have your contractor contact me to discuss the demolition of the home and why it will not be removed during that process. Once I speak with them we can determine if any coverage would apply. If there is any need for coverage and it applies. There is a $5000 limit. |
| Sent *Plaintiff Tyrene* | May 20, 2019 10:07:38 AM | Sorry to bug you but I need to know coverages for mold I have a mold inspection company coming out today. |