



EXHIBIT

6

## Mold Remediation Protocol Report

Project:

11701 Silvermoon Dr.
OKC, OK  73162

Project requested by: Tyrene Trovoczi
Project testing conducted on: June 25th, 2019

Inspection and protocol conducted and prepared by:

**Luke Hibbs**
Oklahoma Certified
CRMI Residential Mold Inspector
CCMI Commercial Mold Inspector
CMR Mold Remediator
Asbestos Inspector
NAMRI Member

Office (405) 285-9100   Cell (405) 204-5756
Email Luke@themoldconsultant.com Website www.themoldconsultant.com

# Project Summary

The mold inspection performed for client was a non-intrusive examination designed to identify suspect areas and conditions of the above-referenced primary building as it existed at the time of the inspection. Suspect conditions are those conditions defined by the Indoor Environmental Standards Organization (IESO) inspection standards having potential for mold contamination. The International Institute of Inspection, Cleaning and Restoration (IICRC) guidelines S520 are used to determine the appropriate condition of the building materials on site and the remediation strategy. The inspection was limited to those areas that were visually and physically accessible. The inspection was not a risk assessment, physical inspection of systems, structure, or components of the primary building and its primary parking structure being inspected, as it relates to their serviceability. The inspection was performed in accordance with the Standards of Practice of the IESO and the IICRC in effect at the time of this inspection. This inspection is not intended to be technically exhaustive. The inspector has prepared this written report for the sole use and benefit of the client. The report shall identify, report, and make recommendation for future evaluation. Client agrees to read the entire report when received and shall promptly call the inspector with questions or concerns regarding the report.

## Area(s) of Inspection:
Garage, master bedroom, living room, upstairs

## Air Quality Sample Information and Results:

4 tape samples were collected
- -1 garage
- -1 master bedroom
- -1 living room
- -1 upstairs

Please refer to the lab results submitted in the email along with this report for the specific spore types and levels. Tape sample results can be found in the attachment T001.

## Visual Inspection Findings:

Upon inspection, visible microbial growth was found on the upstairs flooring and 70% of the framing and plates. Please refer to specific protocol below.

humidity below 60% until satisfactory Post-remediation Testing results are obtained and materials are put back.

## REMEDIATION

The affected areas should be contained in negative pressure enclosures in accordance with S520 Standard and the details provided in the recommended protocol. All sources of water and moisture which caused the problem must be eliminated before proceeding any further. Dehumidifiers must be installed to keep relative humidity below 60% until satisfactory Post-remediation Testing results are obtained and materials are put back.

## REMEDIATION AREAS

Inspect and remediate all walls, floors, cabinets, ceilings, etc, showing evidence of water intrusion. This would include those areas with known leaks, water stains, water damage, or resultant mold growth. If additional evidence of water intrusion is found, continue removal 3 feet (ft) beyond the end of the evidence, in accordance with S520 Standard for the expanded areas. The following areas require remediation (removal) at this time. Further, the remediation personnel doing the application must be wearing the proper personal protective equipment. Furthermore, when the ozone is applied, the levels in the air must be below OSHA's Permissible Exposure Limits (PEL) of 0.1 parts per million (ppm) on an 8 hour Time Weighted Average (TWA) basis. Finally, the room must be thoroughly ventilated before it is occupied again.

Note: If any additional affected areas or building materials are discovered during the work above, discuss these with the Owner and The Mold Consultant, LLC.

## ACTION BY STATE AND FEDERAL AGENCIES

There are no mandated actions specific to molds and indoor air quality required by any state or federal agencies. The U.S. EPA Indoor Air Quality website states, "Standards or Threshold Limit Values (TLVs) for airborne concentrations of mold, or mold spores, have not been set. Currently, there are no EPA regulations or standards for airborne mold contaminants."

The final mold interpretation should not be based solely on numbers. Information gathered from the walk-through investigation of the area is very significant, including sources of moisture or high humidity, and signs of visible mold growth.

In air samples, it is important to consider the type and concentration of fungi indoors, as compared to outdoors or a non-complaint area. One should consider the indoor: outdoor fungal count ratio, the presence/absence of certain fungi indoors versus outdoors, the genus/species of predominant fungi indoors versus outdoors, and whether the fungi detected indoors are allergenic and/or toxigenic.



# AEML, Inc.

---

## *Detection Summary*

**Client:**   Luke D. Hibbs
The Mold Consultant, LLC
2709 Century Dr.
Edmond, OK 73013
(405) 285-9100

AEML Batch: 2193356

**Project/Site:**   Tyrene Tihoczi 11701 Silvermoon OKC, OK

| Lab Sample ID | Client Sample ID | Spore Type | Count/cm² |
|---|---|---|---|
| 2193356-01 | Garage | Chaetomium | 86,240 |
| | | Hyphal Fragments | 23,100 |
| 2193356-02 | Master Bedroom | Aspergillus/Penicillium-Like | 1,155,000 |
| | | Stachybotrys | 52,900 |
| | | Hyphal Fragments | 962 |
| 2193356-03 | Living Room | Chaetomium | 539,000 |
| | | Hyphal Fragments | 30,800 |
| 2193356-04 | Upstairs | Chaetomium | 92 |
| | | Hyphal Fragments | 35,420 |



**Picture 4**





