

EXHIBIT 7

**Roca Engineering, Inc.**
3200 N W 38th Street
Oklahoma City, Oklahoma 73112
Phone: 405-684-8920

Civil and Geotechnical Engineering Specialists
Construction Materials Engineering and Testing
www.gwsquared.com
Fax: 405-684-8920

MEMORANDUM 001

June 07, 2019

Tyrene and Shad Turoczi
14825 SE 119
Oklahoma City, Ok 74857

Attn:   Mrs. Tyrene

From:   Victor H. Pozadas, P.E.
        **Roca** Engineering, Inc.

Re.:    Burned House Inspection
        11700 Silvermoon Drive
        Oklahoma City, Oklahoma



On April 20th 2019, the house located at 11700 Silvermoon drive, in Oklahoma City was inspected. The burned House was visually inspected for structural integrity. The main house structure can be repair, except the roof and the back room. The roof must be replaced and back room one story shall be replace completely.

We recommend the following:

- Clean up floor and remove all burned debris
- Safety plan to replace wood member shall be address by an engineer
- Have new layout plans and repair plans layout and elevation
- All the repairs shall be per IRC 2009 design by a P.E.

Thank you for being one of our valued costumer.