IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

KENNETH TUROCZI and
TYRENE TUROCZI,

    Plaintiffs,

v.

TRAVELERS COMMERCIAL
INSURANCE COMPANY,

    Defendant.

FILED

JUN 28 2023

CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIS. OKLA.
BY_____, DEPUTY

Case No. CIV-23-00095-JD

## MOTION FOR AN ADDITIONAL 30 DAYS TO RETAIN NEW COUNSEL

By Order dated June 22, 2023 [Doc. 33], Plaintiffs hereby request an additional 30 days to find new legal counsel.

Tyrene Turoczi has experienced medical issues that have hampered the Plaintiffs' ability to locate and retain new counsel.

This request is not made to needlessly hinder or delay this matter.

Opposing counsel has been contacted and declined to give an opinion on this issue.

Respectfully submitted,

_____
Kenneth Turoczi, pro se Plaintiff

_____
Tyrene Turoczi, pro se Plaintiff

*Pro Se Litigant's Certificate of Service*

X    I hereby certify that on the 28 day of June, 2023, I filed the attached document with the Clerk of Court. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the Electronic Case Filing System.

_____
Kenneth Turoczi, pro se Plaintiff

_____
Tyrene Turoczi, pro se Plaintiff