# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KENNETH TUROCZI and TYRENE TUROCZI,<br><br>Plaintiffs,<br><br>v.<br><br>TRAVELERS COMMERCIAL INSURANCE COMPANY,<br><br>Defendant. | Case No. CIV-23-00095-JD |

## ORDER

Before the Court is Plaintiffs' Motion for an Additional 30 Days to Retain New Counsel ("Motion") [Doc. No. 34]. The Motion requests an additional thirty days to find new legal counsel.

The Court **GRANTS** the Motion. New counsel for Plaintiffs Kenneth Turoczi and Tyrene Turoczi shall enter an appearance or Plaintiffs shall enter their appearance pro se within 30 days of today, or by **July 28, 2023**. *See* Fed. R. Civ. P. 6; Fed. R. Civ. P. 7.

Failure to comply with this Order will result in dismissal of this action, which may operate as a dismissal with prejudice to some or all of Plaintiffs' claims.

IT IS SO ORDERED this 28th day of June 2023.

_____
JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE