# REQUEST TO RETURN PERSONAL PROPERTY

From <u>Kenneth and Tyrene turoczj    14825 se 119 newalla Oklahoma 74857</u>



To <u>Gary Wayne Gardenhire   1005 fountain gate circle norman oklahoma 73072</u>

Date <u>July 18 2023</u>

Dear <u>Gary Wayne Gardenhire</u>

This is an official notice to make it known that you are in unlawful possession of the following property.

court and legal related documents related to the travelers insurance case that you are required by the court order in the western , District of Oklahoma i demand that you return the aforementioned property
immediately.

You do not have the right to keep my property and you are legally required to return it at your expense. If there is no response to this letter, all legal rights will be explored, including, but not limited to, legal proceedings necessary to recover the property.

As already mentioned, this demand letter for personal property serves as official notice to you and may be tendered in court as evidence of your failure to return the property. If legal action is to occur to resolve this matter, it may involve having you pay attorney's fees.

It is in the best interest of all parties to resolve this matter as soon as possible.

Sincerely,

EXHIBIT
EX 1-2

*[signature]*

<u>405 779 631</u>     <u>tyrene251@gmail.com</u>