

**Mon 8:23 pm july 10th 2023**

**memorandum of telephone conversation**

**Subject returning of court related documents**

**Participants Tyrene Turoczi  and Gary W Gardenhire**

Tyrene I don't have anything to say to you, Gary, I want my documents. I want my documents.

Gary this is going to be statewide news. I want your acts out there.

Tyrene Go ahead. when am I gonna be able to pick up my documents? It's July 14. Now it's been five weeks, I've requested these documents.

Gary Don't tell me about when am i going to to go pick up my documents.

Tyrene When am I going to pick up my documents? Gary. I have a lawyer that I'm meeting with tomorrow. I have two lawyers to meet with.

Gary That's been the whole scam.

Tyrene I have two lawyers that I need to meet with. tomorrow. And I need those documents. . Nobody's contacting you because you get drunk. No, I'm contacting you. They are not retained by me yet. I am shopping for an attorney. I have not retained an attorney yet. I'm not holding it. I'm telling you. Now you're gonna grow up and you're gonna listen to me. You're gonna listen to me because I've listened to you.

Gary no im not going to listen to you   I'm willing to fight you in public fight me. You bet.

1