Mon 8:23 pm july 10th 2023

memorandum of telephone conversation

Subject returning of court related documents

Participants Tyrene Turoczi and Gary W Gardenhire

Tyrene  I want you to be happy.

Gary no you dont I . I'm not gonna go on with my life. You're abusing me.

Tyrene I want you to be happy. I want my family to be happy. I want

Gary what you have to do is understand that somebody is going to stand up to you.

Tyrene  Okay? But I think the probably what do you need to do

Gary  now we will get the sherrif down there and we will start making real records

Tyrene  Okay, yeah, I'll get the sheriff down here tomorrow

Gary  who was it that took you to see Stan ward who you talked to

Tyrene  yea stan and I've talked several times and they all know that

Gary  ah i will take his deposition about that

Tyrene  Shame on you. Don't you dare talk about stan like that you can't even stand in his shadow . shame on you.



Gary   now what you have to do is Let that sink into that thick skull of yours is that i withdrew from your case, I did everything I could. I was allowed to withdraw I did it for the right reasons. And you threw a fit

Gary   because you had me for free

Tyrene   and you are required to return my documents and I didn't have you for free I worked my ass off for two years

Gary   i have retunerd your documents im going to itemize those

Tyrene   you have not returned my documents I'm done talking to you do not call my phone again.

Gary   Let's get this before the state

Tyrene   Gary you need to get to some you need some mental health you put a gun to my head. You need mental health

Gary   you are I address you in that? You said I need some mental you do because you are a psychotic person

Tyrene    thank you we're gonna file a motion to comply I don't need you to do anything. I'm gonna send it I'm gonna I'm going to file a motion to comply and the judge will order you to return my documents any documents that you destroy? You know that's between you and God.

Gary   I understand that.

Tyrene   I've already had the motions being prepared.

Gary    what im going to say is that you had all thsese documents



Tyrene   no I don't have the document everything I have is at your house you have all my recordings all my photos, all my files. All my files,

Gary   i tried to return them to you

Tyrene   Okay, then let's return them.

Gary   you rejected?

Tyrene   i didn't reject anything. I said I want to meet you in a public place. Gary, you threatened to slit us like pigs

Gary   no it wasent at a public place. I was following the courts instruct.

Tyrene   because the courts instructed you to return my documents. The court ordered you to

Gary   you are so terrible you no no. You threatened me. I want you to get out all your threats and put it in public

Tyrene   How did I threaten you name one thing that I threatened you with?

Gary   my god I'm not gonna name one thing.

Tyrene   becuse You can't name one thing because you can't listen, name one thing I did to you

Gary   Number one, your son. He was so wonderful.

Tyrene   Don't you dare talk about my son.

Gary   He came into my house at your suggestion. You sent him down there. And I said okay, so he could take a shower.

Tyrene  You know what he recorded you and I'm turning that over next he has the recording the whole thing what you did at that house was on recording  You started punching him in the head? you seriously don't even know you pulled a gun on  me because I wouldn't get you Cabernet Sauvignon. The whole thing is on recording. You can't lie. You can't find everything's recorded.  because I have to protect ourselves. We have to protect ourselves from people like you. Obviously.