EXHIBIT
Ex 4

Mon 8:23 pm july 10th 2023

memorandum of telephone conversation

Subject returning of court related documents

Participants Tyrene Turoczi  and Gary W Gardenhire

Tyrene    don't care if you talked to my brother. I don't care. . You're not going to intimidate me. You're  not. I rebuke it. I rebuke you in the name of Jesus. I want my documents. Don't call my house again

Gary,   I didn't call you i only called you back because you called me

Tyrene  you are drunk. I want my documents. You're drunk

Gary,  you called me let the record reflect

Tyrene. I want my documents. I want you to not to call me and I want you just to give me my documents,

Gary your family including the ones giving hugs  are setup artists,



Tyrene okay, I want my documents. The Sheriff's Department, we can meet there and I can pick them up

Gary have them come out there

. Tyrene Okay. Do you want to do that you want the sheriff's department to come out tomorrow and we can

Gary yes i do

Tyrene Okay and then I can pick up my documents.

Gary The Sheriff's Department has limited capability.

Tyrene The Sheriff's Department has your recordings'

Gary Well, good recordings, recordings. are Fine, you know, and that's so

Tyrene you know how cruel you were to call my best friend and tell her you we're gonna cut her head off. i don't care about your documents. I care about my records. you have not returned any of my documents. Okay, then let's make an arrangement tomorrow to pick them up. so we can end this nonsense. Doing this.

Gary No, I'm not going to do that.

Tyrene Okay, you're not going to do that. You're not going to meet at the sheriff's department so I can pick them up. No, because you just told me you were.

Gary no Because I gave you that opportunity.

2