**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

FILED

KENNETH TUROCZI and
TYRENE TUROCZI,

JUL 2 8 2023

          Plaintiffs,

CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIS. OKLA.
BY_____,DEPUTY

v.

Case No. CIV-23-00095-JD

TRAVELERS COMMERCIAL
INSURANCE COMPANY,

          Defendant.

## <u>MOTION FOR AN ADDITIONAL 30 DAYS TO RETAIN NEW COUNSEL</u>

By Order dated July 28, 2023 [Doc. 33], Plaintiffs hereby request an additional 30 days to find new legal counsel.

Given Kenneth Turoczi and Tyrene Turoczi troubles they have experienced with Gary w Gardenhire's refusal to return any of the legal documents pertaining to the case it has hampered the Plaintiffs' ability to locate and retain new counsel.

This request is not made to needlessly hinder or delay this matter.

Opposing counsel has not been contacted

Respectfully submitted,

Kenneth Turoczi, pro se Plaintiff

Tyrene Turoczi, pro se Plaintiff

*Pro Se Litigant's Certificate of Service*

      X     I hereby certify that on the 28 day of july 2023, I filed the attached document with the Clerk of Court.  Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the Electronic Case Filing System.

Kenneth Turoczi, pro se Plaintiff

Tyrene Turoczi, pro se Plaintiff