IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KENNETH TUROCZI and<br>TYRENE TUROCZI,<br><br>    Plaintiffs,<br><br>v.<br><br>TRAVELERS COMMERCIAL<br>INSURANCE COMPANY,<br><br>    Defendant. | Case No. CIV-23-00095-JD |

## ORDER

Before the Court is Plaintiffs' Motion for an Additional 30 Days to Retain New Counsel filed on July 28, 2023 ("Motion") [Doc. No. 37]. The Motion requests an additional thirty days to find new legal counsel.

The Court **GRANTS** the Motion. New counsel for Plaintiffs Kenneth Turoczi and Tyrene Turoczi shall enter an appearance or Plaintiffs shall enter their appearance pro se within 30 days of today, or by **September 13, 2023**. *See* Fed. R. Civ. P. 6; Fed. R. Civ. P. 7.

Failure to comply with this Order will result in dismissal of this action, which may operate as a dismissal with prejudice to some or all of Plaintiffs' claims. Plaintiffs shall promptly locate new counsel with new counsel entering an appearance for Plaintiffs, or Plaintiffs shall enter their own appearances by September 13, 2023, so that this matter may proceed. *See* Fed. R. Civ. P. 1 (explaining the rules are administered by the court

and the parties "to secure the just, speedy, and inexpensive determination of every action and proceeding").

IT IS SO ORDERED this 14th day of August 2023.

_____
JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE