# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KENNETH TUROCZI and TYRENE TUROCZI,<br><br>Plaintiffs,<br><br>v.<br><br>TRAVELERS COMMERCIAL INSURANCE COMPANY,<br><br>Defendant. | Case No. CIV-23-00095-JD |

## JUDGMENT

Under Federal Rule of Civil Procedure 58(a), and in accordance with the Court's Order issued this date, the Court dismisses this action without prejudice.

ENTERED this 14th day of September 2023.

_____
JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE